**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: REESTABLISHMENT OF THE
MAGISTERIAL DISTRICTS WITHIN
THE 15th JUDICIAL DISTRICT OF
THE COMMONWEALTH OF
PENNSYLVANIA

:  NO. 517
:
:  MAGISTERIAL RULES DOCKET
:
:
:

**ORDER**

**PER CURIAM**

     **AND NOW**, this 13th day of October 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 15th Judicial District (Chester County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the realignment of Magisterial Districts 15-1-02, 15-2-03, 15-2-07, 15-4-01, and 15-4-02, within Chester County, to be effective December 1, 2022, is granted; and that the Petition, which provides for the reestablishment of Magisterial Districts 15-1-01, 15-1-03, 15-1-04, 15-2-01, 15-3-01, 15-3-04, 15-3-05, 15-3-06, 15-3-07, 15-4-03, and 15-4-04, within Chester County, to be effective immediately, is granted.

     Said Magisterial Districts shall be as follows:

Magisterial District 15-1-01
Magisterial District Judge Marc J. Lieberman

West Chester Borough, Wards 3, 6, 7
East Bradford Township
West Bradford Township

Magisterial District 15-1-02
Magisterial District Judge Mackenzie W. Smith

Malvern Borough
East Goshen Township
Easttown Township
Tredyffrin Township, Voting Districts
    East 1, 2, 5; Middle 1, 5, 6; West 4

|  |  |
|---|---|
|  | Westtown Township, Voting District 2 |
|  | Willistown Township |
| Magisterial District 15-1-03 | City of Coatesville |
| Magisterial District Judge Gregory V. Hines | South Coatesville Borough |
| Magisterial District 15-1-04 | West Chester Borough, Wards 1, 2, 4, 5 |
| Magisterial District Judge Marian T. Vito |  |
| Magisterial District 15-2-01 | Phoenixville Borough |
| Magisterial District Judge James C. Kovaleski | Charlestown Township |
|  | Schuylkill Township |
| Magisterial District 15-2-03 | Thornbury Township |
| Magisterial District Judge Martin G. Goch | West Goshen Township |
|  | Westtown Township, Voting Districts 1, 3, 4, 5 |
| Magisterial District 15-2-07 | East Caln Township |
| Magisterial District Judge N. Paige Simmons | Upper Uwchlan Township |
|  | Uwchlan Township |
|  | West Pikeland Township |
| Magisterial District 15-3-01 | Spring City Borough |
| Magisterial District Judge John A. Hipple | East Coventry Township |
|  | East Nantmeal Township |
|  | East Pikeland Township |
|  | East Vincent Township |
|  | North Coventry Township |
|  | South Coventry Township |
|  | Warwick Township |
|  | West Vincent Township |
| Magisterial District 15-3-04 | Kennett Square Borough |
| Magisterial District Judge Albert M. Iacocca | Birmingham Township |
|  | East Marlborough Township |
|  | Kennett Township |
|  | Newlin Township |
|  | Pennsbury Township |
|  | Pocopson Township |
| Magisterial District 15-3-05 | Oxford Borough |
| Magisterial District Judge Scott A. Massey | East Nottingham Township |
|  | Elk Township |

Lower Oxford Township
New London Township
Penn Township
Upper Oxford Township
West Nottingham Township

Magisterial District 15-3-06
Vacant

Elverson Borough
Honey Brook Borough
Honey Brook Township
Sadsbury Township
Wallace Township
West Brandywine Township
West Caln Township
West Nantmeal Township

Magisterial District 15-3-07
Magisterial District Judge Nancy A. Gill

Atglen Borough
Modena Borough
Parkesburg Borough
East Fallowfield Township
Highland Township
Londonderry Township
Valley Township
West Fallowfield Township
West Sadsbury Township

Magisterial District 15-4-01
Magisterial District Judge Lauren N. Holt

East Whiteland Township, Voting Districts 3, 4, 5, 6
Tredyffrin Township, Voting Districts East 3, 4; Middle 2, 3, 4, 7; West 1, 2, 3, 5

Magisterial District 15-4-02
Magisterial District Judge Ann M. Feldman

Downingtown Borough
Caln Township
East Brandywine Township

Magisterial District 15-4-03
Magisterial District Judge John R. Bailey

East Whiteland Township, Wards 1, 2
West Whiteland Township

Magisterial District 15-4-04
Magisterial District Judge Matthew Seavey

Avondale Borough
West Grove Borough
Franklin Township
London Britain Township
London Grove Township

New Garden Township
West Marlborough Township